In the Interest of L.M. and T.M., minors.

No. ED 78814.

Missouri Court of Appeals, Eastern District, Division Three.

June 19, 2001.

Rehearing Denied July 26, 2001.

John R. Bird, St. Louis, MO, for appellant.

Cynthia Harcourt, Family Court of St. Louis County, Clayton, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., LAWRENCE G. CRAHAN, and GEORGE W. DRAPER III, JJ.

*ORDER*

PER CURIAM.

R.M. ("Mother") appeals the judgment of the Circuit Court of St. Louis County terminating her parental rights to her minor children, L.M. and T.M.[1] We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a brief memorandum explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

1. Father was a party to the proceedings in the circuit court but is not a party to this appeal.